# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA FISCHER<br><br>Plaintiff(s),<br><br>v.<br><br>COMFRT LLC, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:25–cv–01574–CAS–AGR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   9/2/2025

Document No.:   32

Title of Document:   Notice of Voluntary Dismissal

**ERROR(S) WITH DOCUMENT:**

An answer has been filed. See Dkt. No. [29]. Therefore, a voluntary dismissal does not apply.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: September 3, 2025         By:  /s/ *Evelyn Synagogue  Evelyn_Synagogue@cacd.uscourts.gov*
                                       Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**