**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| Anna Fischer, | CASE NUMBER: |
| --- | --- |
| PLAINTIFF(S) | 2:25cv01574 CAS (AGRx) |
| v. | |
| COMFRT LLC, | ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |
| DEFENDANT(S). | |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| 9/2/2025 | 32 | Notice of Voluntary Dismissal |
| --- | --- | --- |
| Date Filed | Document No. | Title of Document |

**IT IS HEREBY ORDERED:**

[✓] The document is stricken
[ ] The hearing date has been rescheduled to _____ at _____ .
[ ] A notice of interested parties shall be filed no later than 5 days from entry of this Order.
[✓] Other:

Pursuant to the NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT [33], the Court cannot dismiss of the above-referenced action with plaintiff's Notice of Voluntary Dismissal [32]. The Court will accept the parties' filing of a Stipulation for Dismissal, attaching a separate Proposed Order for the Court's approval. Because the case has not been dismissed, the September 15, 2025 Scheduling Conference at 11:00 A.M. remains on calendar.

Dated: 9/3/2025          By: *Christine A. Snyder*
                              U.S. District Judge / U.S. Magistrate Judge