JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNA FISCHER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COMFRT, LLC, a Florida limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-01574-CAS-AGRx<br><br>**ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(II)**<br><br>Judge:         Hon. Christina A. Snyder<br>Courtroom:  8D, 8th Floor<br>Complaint Filed:  February 24, 2025<br>Trial Date:     None Set |

Based on the Parties' Joint Stipulation to dismiss this entire action with prejudice (pursuant to Fed. R. Civ. P. 41(A)(1)(A)(II)), it is hereby ORDERED that:

1. All claims brought by Plaintiff against Defendant are dismissed with prejudice as to Plaintiff in her individual capacity; and

2. This Order of Dismissal is without prejudice as to the class.

   **IT IS SO ORDERED**.

Dated: September 5, 2025

_____
Hon. Christina A. Snyder
United States District Judge

1

[PROPOSED] ORDER